AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

ANNIE A. KROL-KNIGHT

v.

HIGHMARK LIFE & CASUALTY GROUP and
HIGHMARK LIFE INSURANCE COMPANY

CASE NUMBER: 1:05-CV-735

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Order filed 3/9/06 that summary judgment be and is hereby entered in favor of Defendants, Highmark Life & Casualty Group and Highmark Life Insurance Company and against Plaintiff, Annie A. Krol-Knight.

Date: March 9, 2006

Mary E. D'Andrea, Clerk of Court

*(signature)*
(By) Rashelle Coleman, Deputy Clerk